IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIKSON BARRIOS** | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 17-3193** |
| **COMMON PLEAS COURT OF** | : | |
| **PHILADELPHIA,** *et al.* | : | |

## ORDER

**AND NOW**, this 12th day of December 2017, upon our independent consideration of the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF Doc. No. 1), the Response to the Petition (ECF Doc. No. 7), and review of United States Magistrate Judge Henry S. Perkin's November 22, 2017 Report and Recommendation (ECF Doc. No. 8), it is **ORDERED**:

1. Judge Perkin's analysis in the Report and Recommendation (ECF Doc. No. 8) is **APPROVED** and **ADOPTED**;

2. Mr. Barrios' Petition for Writ of Habeas Corpus (ECF Doc. No. 1) is **DENIED with prejudice** and **DISMISSED** without an evidentiary hearing;

3. There is no probable cause to issue a certificate of appealability;[1] and,

4. The Clerk of Court shall **close** this case.

_____
KEARNEY, J.

---

[1] *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).